UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 7:12-cv-731 (GTS/ATB)

-vs-

LYNN BUMP,

        Defendant.

## **DEFAULT JUDGMENT**

Defendant Lynn Bump having failed to appear to defend this action after having been served with process, it is hereby

**ORDERED** that Plaintiff United States of America's motion for default judgment pursuant to Fed. R. Civ. P. 55(b)(2) (Dkt. No. 7) is **GRANTED** in its entirety for the reasons stated therein, and that a default judgment be entered in favor of Plaintiff United States of America and against Defendant Lynn Bump as follow, based on the evidence presented by Plaintiff United States of America:

| | |
|---|---|
| Principal balance | $1,852.95 |
| Interest Accrued as of 12/3/10 | $1,701.00 |
| Interest Accrued From 12/4/10 to 11/15/12 at annual interest rate 3.54% ($0.18/day for 712 days) | $ 128.16 |
| **TOTAL AMOUNT OF JUDGMENT** | **$3,682.11** |

Plus post-judgment interest pursuant to 28 U.S.C. §1961.

Dated: November 15, 2012
       Syracuse, NY

Hon. Glenn T. Suddaby
U.S. District Judge